UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No: 03-6152

Filed: December 17, 2004

JOYCE MORGAN; EVA DECKERD; RAYMOND SHAW, JR.; WILMA CAPPS; WILLIAM HOUCHENS; SELBY SHIRLEY; BOBBY DECKARD; DONALD BENNETT; MICKEL MUSE; JOHN WILKERSON; LOUIS BENNETT; EDWARD J. CLAYWELL; CHARLES COFFEY; JIM ELMORE; JACKIE SHOOPMAN; WILLIAM GROCE; ED MADISON; BOB KEY; ALBERT DILLEY; CLARENCE JESSIE; LARRY RUSSELL; EUGENE MOSS; KEN WININGER; DARRELL THOMAS; LARRY ANDERSON; SAMMY HUNT; DONALD ISENBERG; STEPHEN POWELL; TONY RICHEY; ROGER HAGAN; MITCHELL THOMPSON; et al

        Plaintiffs - Appellants

v.

SKF USA, INC.

        Defendant - Appellee

**MANDATE**

Pursuant to the court's disposition that was filed 10/8/04 the mandate for this case hereby issues today.

A True Copy.

COSTS:

Attest:

Filing Fee ..........$
Printing ............$
    Total ........$

Deputy Clerk